No. 79–312. CORENSWET, INC. v. AMANA REFRIGERATION, INC. C. A. 5th Cir. Motion of National Franchise Association Coalition for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 79–364. NICKERSON v. CITY OF NORFOLK. Sup. Ct. Va. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–6637. HENRY v. FLORIDA, *ante*, p. 885. Petition for rehearing denied.

### NOVEMBER 5, 1979*

No. 79–208. KAPLAN, DBA INSJARL REALTY Co. v. PRINCE ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 79–237. GREENBERG v. NEW JERSEY. Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. A–291. NATIONAL RAILROAD PASSENGER CORP. v. KANSAS EX REL. STEPHAN, ATTORNEY GENERAL OF KANSAS, ET AL. C. A. 10th Cir. Motion for reconsideration of order entered by MR. JUSTICE WHITE, dated October 8, 1979, denied.

No. A–314 (79–5495). MILLER v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

---

*MR. JUSTICE MARSHALL took no part in the consideration or decision of the orders announced on this date.